Louis Leone et al., Respondents, v Kyle J. Kaczmarek et al., Respondents, and Kelly M. Leone, Appellant. [932 NYS2d 415]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Peradotto, Green and Gorski, JJ.

Tonya E. Lilley, Respondent, v Cincinnati Freight Express, Doing Business as Cincinnati Freight Expeditors, Defendant, and George W. Hardy, Appellant. [932 NYS2d 757]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Green and Gorski, JJ.